Michael H. Meyer
Chapter 13 Trustee
P.O. Box 28950
Fresno, California  93729-8950
Telephone:  (559) 275-9512
Fax:  (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:                                                    )        Bankruptcy Case No 10-18074-B-13F
                                                               )
GIDEON PUEBLOS PANTO                    )
                                                               )
MERELYN SUBALA ESTILLORE           )
                                                               )        Chapter 13
                                                               )
                                                               )
                                                               )
                                                               )
                    Debtors,                            )
_____)

**NOTICE OF FINAL CURE PAYMENT**

        Michael H. Meyer, Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy

Procedure 3002.1(f), files this Notice of Final Cure Payment as follows:


(1) The Trustee has no knowledge whether the claim referenced herein is secured by a security

    interest in the debtor(s) principal residence.

(2) The Trustee has no knowledge whether the debtor has paid any post-petition fees, expenses

    or charges unless the same have been provided for payment through the Chapter 13 plan.

/

/

**Name of Creditor:**  HSBC MORTGAGE SERVICES INC

**Court Claim Number**:  2

**Last four digits of any number used to identify debtor(s) account**:  2752

## PRE-PETITION ARREARAGE CLAIM

| | |
|---|---|
| **Claim Amount:** | $3,412.80 |
| **Amount Paid:** | $3,412.80 |

## MONTHLY ON-GOING MORTGAGE PAYMENT

**Mortgage is paid:**    Through the Chapter 13 Trustee and last Trustee payment was made from July 2015.  Any payments becoming due August 1, 2015 or after will be paid directly by the debtors.

Within 21 days after service of this Notice, the creditor must file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with section 1322(b)(5) of the code. The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Dated:  SEPTEMBER 9, 2015

Respectfully submitted,

/s/ Michael H. Meyer
Michael H. Meyer
Chapter 13 Trustee