Form 210A (12/09)

# United States Bankruptcy Court

Eastern District of California

In re: Gideon Pueblos Panto and     Case No.: 10-18074
Merelyn Subala Estillore

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Landmark Asset Receivables Mgt. LLC | HSBC Mortgage Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ditech Financial LLC f/k/a Green Tree Servicing LLC
7340 S. Kyrene Rd. T-120
Tempe, AZ 85283

Court Claim # (if known): 13-2
Amount of claim: $67,502.77
Date Claim Filed: 09/09/2013

Phone: 877-256-4871
Last Four Digits of Acct #: XXXX0922

Phone: 800-562-7830
Last Four Digits of Acct #: 5888

Name and Address where transferee payments should be sent (if different from above):

Ditech Financial LLC f/k/a Green Tree Servicing LLC
P.O. Box 0049
Palatine, IL 60055-0049

Phone: 877-256-4871
Last Four Digits of Acct #: XXXX0922

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Brandye Foreman*     Date: December 16, 2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



GREEN TREE SERVICING LLC
Attention: T120
7360 SOUTH KYRENE ROAD
TEMPE, AZ 85283-4583

**MERELYN ESTILLORE**  July 13, 2015
**1721 S RIO VISTA CT**
**VISALIA, CA 93292**

Re:  GREEN TREE SERVICING LLC ("GREEN TREE")
     Account No.:
     Customer Name:     MERELYN ESTILLORE
     Property Address:  1721 SOUTH RIO VISTA CT
                        VISALIA, CA 93292

**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS ACCOUNT WAS DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY GREEN TREE IS AT YOUR DISCRETION.**

Dear MERELYN ESTILLORE:

The servicing of your account is being transferred from HSBC Mortgage Services Inc. to Green Tree on 6/16/2014. We are pleased to welcome you to Green Tree. The servicing transfer does not affect your account terms and conditions, other than those related to the servicing of your account.

**Payment Processing:**

Account Payment Address:

**Green Tree**
**PO Box 94710**
**Palatine, IL 60094-4710**

If you currently have future dated Pay By Phone payment(s) set up with HSBC Mortgage Services Inc., these transactions were canceled upon transfer of servicing to Green Tree. If you would like to set up future Pay by Phone payments with Green Tree, please contact our Customer Service Department at 877-926-3684.

The mortgagee clause of your homeowners insurance policy, and if applicable your flood insurance policy, needs to be updated to reflect «CompanyName» as a loss payee. Please have your insurance agent update your policy with the information listed below. If your account or line of credit is in a second lien position, in addition to the mortgagee clause below, your policy should also still have a separate mortgagee clause for the lender in the first lien position. Proof of insurance can be faxed to 1-866-263-8962 or mailed to «CompanyName» at the following address:

Green Tree Servicing LLC
Its affiliates and/or assigns
PO Box 979282
Miami, FL 33197-9282

**Customer Service:**

Conversion Welcome Purchased Accounts Post-BK, 05/28/2015




Any questions, complaints or inquiries, please contact us at the below-referenced address or call Green Tree at877-926-3684, from 6 a.m. to 7 p.m. MST, Monday through Thursday, 6 a.m. to 4 p.m. MST, Friday, and 6 a.m. to 12 p.m. MST, Saturday. You can also access our website at www.greentreeservicing.com 24 hours a day. The website allows convenient, secure access to your basic account information, and allows you to make payments on your account, obtain payoff quotes and insurance information. The website will be available to you shortly after the servicing transfer day. You may also contact Green Tree by writing to us at the following address:

Green Tree<br>
PO Box 6172<br>
Rapid City, SD 57709-6172

Respectfully,

Green Tree
877-926-3684
6 a.m. to 7 p.m. MST, Monday through Thursday,
6 a.m. to 4 p.m. MST, Friday, and 6 a.m. to 12 p.m. MST, Saturday

Conversion Welcome Purchased Accounts Post-BK, 05/28/2015



relationships that work
**green tree**

Green Tree Servicing LLC
Attention: T120
7360 South Kyrene Road
Tempe, AZ 85283-4583

MERELYN ESTILLORE                                                                July 13, 2015
1721 S RIO VISTA CT
VISALIA, CA 93292

Re:   Green Tree Servicing LLC ("Green Tree") Account No.: 

Dear MERELYN ESTILLORE:

This letter is to advise you of your rights in requesting records.

You may request records from Green Tree Servicing LLC ("Green Tree") showing any of the following:

    (1) That Green Tree has the right to seek collection of the debt
    (2) The debt balance, including an explanation of any interest charges and additional fees
    (3) The date of default or the date of the last payment
    (4) The name of the charge-off creditor and the account number associated with the debt
    (5) The name and last known address of the debtor as it appeared in the charge-off creditor's or debt
        buyer's records prior to the sale of the debt, as appropriate
    (6) The names of all persons or entities that have purchased the debt.

You may also request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to:

Green Tree Servicing LLC
7360 South Kyrene RoadAttention: T120
Tempe AZ 85283-4583

If you have any questions about requesting records, please call our Customer Service Department at 1-855-852-9732, from 6:00 a.m. to 7:00 p.m. MST, Monday through Thursday, or 6:00 a.m. to 12:00 p.m. MST, Friday and Saturday.

Sincerely,

Green Tree
1-855-852-9732


This communication is from a debt collector.  It is an attempt to collect a debt, and any information obtained will be used for that purpose.

CA Request for Records, 02/03/14



# Delaware

PAGE   1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190   8100M

151168309

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND**: The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH**: The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH**: The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

GREEN TREE SERVICING LLC

By: *Wanda Lamb-Lindow* (signature)
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*